AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

E-filing

**OFFENSE CHARGED**
18 U.S.C. § 111(a) – Assault on Federal Officer or Employee

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Imprisonment:   Maximum 8 Years
Fine:           Maximum $250,000
Supervised Release: Maximum 3 Years
Special Assessment: Mandatory $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND VENUE

FILED
APR 24 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT
JOSE ANTONIO GUTIERREZ

DISTRICT COURT NUMBER
CR 12 0293 PJH

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Unites States Marshals Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4:12-70377 MAG

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☑ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WILLIAM N. GULLOTTA, SAUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year  4/2/2012

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRIBUTE OF CALIFORNIA

E-filing

VENUE: Oakland

UNITED STATES OF AMERICA,

v.

JOSE ANTONIO GUTIERREZ,

CR 12 0293 PJH

FILED
APR 24 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

INDICTMENT

18 U.S.C. § 111(a) – Assault on Federal Officer or Employee

A true bill.

_____
Foreman

Filed in open court this 24th day of April, 2012.

_____
Clerk

Bail, $ NO N/O (S/O)

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

APR 2 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> JOSE ANTONIO GUTIERREZ, ) <br> Defendant. ) | CR 12 0293 PJH <br><br> VIOLATION: 18 U.S.C. § 111(a) – Assault on Federal Officer or Employee <br><br> OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 111(a) – Assault on Federal Officer or Employee)

On or about April 2, 2012, in the Northern District of California, the defendant,

JOSE ANTONIO GUTIERREZ,

did forcibly assault a person designated in Title 18, United States Code, Section 1114, namely, Deputy United States Marshal ("DUSM") Shaygan Shakeri, and did make physical contact with DUSM Shakeri while DUSM Shakeri was engaged in and on account of the performance of official duties, to wit, GUTIERREZ lunged toward DUSM Shakeri, made physical contact with

INDICTMENT

1 | him and shoved him from behind with both hands.
2
3 | DATED: April 24, 2012                        A TRUE BILL.
4
5
6                                                _____
                                                 FOREPERSON
7 | MELINDA HAAG
  | United States Attorney
8
9
10 | MAUREEN BESSETTE
   | Chief, Oakland Branch
11
12 | (Approved as to form: _____)
   |                      SAUSA WILLIAM J. GULLOTTA
13
...
28

INDICTMENT                              2