UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Time in Court:** 1 hr. 1 min.

**Judge: William B. Shubb**

**Date**: January 10, 2014

**Case No:** CR12-293 WBS

**Case Title**: USA v. Jose Antonio Gutierrez

**Appearances:**

     For the Government:  Christina McCall

     For Defendant: J. Tony Serra, Editte Lerman

**Interpreter:**  N/A            **Probation Officer:**  Brian Casai

**Deputy Clerk**: Susan Imbriani       **Court Reporter**: Diane Skillman

### *PROCEEDINGS*

1.  Sentencing

### *SUMMARY*

     Sentencing held.  The defendant is placed on probation for 5 years with the special conditions set forth in the judgment. The defendant shall pay a special assessment of $100.00, due immediately.  The Court finds the defendant does not have the ability to pay and orders the fine waived.